1

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION

2   Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708

3   350 University Ave., Suite 200
Sacramento, California 95825

4   TEL: 916.929.1481
FAX: 916.927.3706

5

6   Bruce S. Alpert, SBN 075684
BUTTE COUNTY COUNSEL
25 County Center Drive

7   Oroville, CA  95965
TEL: 530.538.7621

8   FAX: 530.538.6891

9   Attorneys for Defendant COUNTY OF BUTTE

10  Larry L. Baumbach, SBN 50086
LAW OFFICES OF LARRY L. BAUMBACH

11  686 Rio Lindo Avenue
Chico, CA 95926

12  TEL:  530.891.6222
FAX:  530.893.8245

13

14

15                      **UNITED STATES DISTRICT COURT**

                        **EASTERN DISTRICT OF CALIFORNIA**

16

17  ANTONIO ATILANO,                          Case No. CIV 07-0384 FCD KMJ

18          Plaintiff,

19                                            **STIPULATION AND ORDER FOR
                                              MODIFICATION OF PRETRIAL**
    vs.                                       **SCHEDULING ORDER FOR**

20                                            **COMPLETION OF EXPERT
                                              DISCOVERY**
    THE COUNTY OF BUTTE; DOES 1 through

21  15 in their INDIVIDUAL CAPACITY and
    OFFICIAL CAPACITIES AS

22  CORRECTIONS OFFICERS OF THE
    BUTTE COUNTY JAIL' DOES 16 through

23  26 in their INDIVIDUAL CAPACITY and
    OFFICIAL CAPACITY as SHIFT

24  COMMANDERS; and DOES 27 through 37
    MEDICAL CARE PROVIDERS

25  EMPLOYED BY THE DEFENDANT
    COUNTY

26

27          Defendants.
    _____/

                                              Complaint Filed: February 22, 2007

28

                                    1

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00582151.WPD

1    IT IS HEREBY STIPULATED and agreed by and between Plaintiff ANTONIO

2 ATILANO and Defendant COUNTY OF BUTTE, by and through their respective

3 undersigned counsel, that the time for completion of expert discovery shall be extended up

4 to and including June 13, 2008.  Due to scheduling conflicts with Plaintiff's disclosed non-

5 retained experts, the parties will be unable to complete their depositions on or before the

6 current expert discovery cut-off date of May 27, 2008.  Therefore, the parties hereby stipulate

7 to modify the pretrial scheduling order.

8 Dated: May 13, 2008          LAW OFFICES OF LARRY L. BAUMBACH

9

10                             By   /s/ Larry L. Baumbach (as authorized on May 13, 2008 )
                                    Larry L. Baumbach
11 -                                Attorney for Plaintiff
                                    ANTONIO ATILANO
12

13 Dated:  May 14, 2008         PORTER SCOTT
                               A PROFESSIONAL CORPORATION
14

15                             By   /s/ Stephen W. Robertson
16                                  Terence J. Cassidy
                                    Stephen W. Robertson
17                                  Attorney for Defendant
                                    COUNTY OF BUTTE
18

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

19

20
   Dated: May 14, 2008
21

22                             _____
                               FRANK C. DAMRELL, JR.
23                             UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER
FOR COMPLETION OF EXPERT DISCOVERY**

00582151.WPD